MICHAEL K. BRISBIN (SBN 169495)
DENNIS J. RHODES (SBN 168417)
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
525 Market Street, 17th Floor,
San Francisco, CA 94105-2725
Telephone: 415.433.0990
Facsimile: 415.434.1370

Attorneys for Plaintiff,
**AMERICAN GENERAL LIFE INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>LYNETTE CRESPO, DANIEL CRESPO, JR., CRYSTAL CRESPO, ESTATE OF DANIEL CRESPO, and ROSE HILLS CO. dba ROSE MEMORIAL PARK & MORTUARY,<br><br>          Defendants. | Case No. _____<br><br>**AMERICAN GENERAL LIFE INSURANCE COMPANY'S CORPORATE DISCLOSURE PURSUANT TO F.R.C.P. 7.1** |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

PLEASE TAKE NOTICE that the undersigned counsel of record for Plaintiff, AMERICAN GENERAL LIFE INSURANCE COMPANY, certifies and provides the following corporate disclosure and states the entities described below have a direct, pecuniary interest in the outcome of this matter.

American General Life Insurance Company is a Texas Corporation with its principal place of business in Houston, Texas. American General Life Insurance Company is a wholly owned subsidiary of AGC Life Insurance Company, which in turn is a wholly owned subsidiary of AIG Life Holdings, Inc. AIG Life Holdings, Inc.

is a wholly owned subsidiary of SAFG Retirement Services, Inc. SAFG Retirement Services, Inc. is a wholly owned subsidiary of American International Group, Inc. (AIG). American International Group, Inc. (AIG) is a publicly traded company.

Apart from the named parties, American General is unaware of any other interested persons. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Date: March 2, 2015

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ *Dennis J. Rhodes*
Michael K. Brisbin
Dennis J. Rhodes
Attorneys for Plaintiff
**AMERICAN GENERAL LIFE INSURANCE COMPANY**